IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                     Civil No. 17-cv-1179-DRH-DGW

RICHARD A. SANTEL, KERI L. SANTEL,
CAPITAL ONE BANK, and MARION
COUNTY SAVINGS BANK,

    Defendants.

## ORDER

This matter coming on the government's Motion to Dismiss Defendant Marion County Savings Bank (Doc. 9) filed on January 3, 2018, plaintiff's motion is **GRANTED** with **PREJUDICE**, the defendant; Marion County Savings Bank is dismissed from the case. The Clerk is **DIRECTED** to enter judgment in favor of Defendant Marion County Savings Bank at the conclusion of litigation.

**IT IS SO ORDERED.**

Judge Herndon
2018.01.08
13:18:53 -06'00'

**UNITED STATES DISTRICT JUDGE**